■ In the Matter of MELISSA J. GETTINGS, Appellant, v DAVID L. MURACO, Respondent. [993 NYS2d 523]—Appeal from an order of the Family Court, Cattaraugus County (Judith E. Samber, R.), entered May 28, 2013. The order dismissed the petitions.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ KATHLEEN MILLS, Respondent, v JOSEPH DAVID MILLS, SR. Respondent. [992 NYS2d 668]—Appeal from a judgment of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered July 31, 2013 in a divorce action. The judgment, inter alia, confirmed the report of a referee equitably distributing the marital property of the parties.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision and the report of the Referee at Supreme Court. Present—Smith, J.P., Peradotto, Valentino, Whalen and DeJoseph, JJ.

■ ANNE FREEMAN, Appellant, v ANTHONY FREEMAN, Respondent. [992 NYS2d 668]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered November 29, 2012. The order granted the motion of defendant to dismiss the complaint and dismissed the complaint.

Now, upon the stipulation of discontinuance signed by the attorneys for the parties on July 25, 2013, and filed in the Erie County Clerk's Office on August 21, 2013,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Fahey, Peradotto, Carni and Valentino, JJ.